IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUSTIN RANDY OWENS, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-95 |
| v. | |
| SGT. MASTINS, et al., | |
| Defendants. | |

**O R D E R**

Defendants filed a Motion to Stay and ask the Court to stay discovery and the obligations under Federal Rule of Civil Procedure 26, pending a ruling on their motion to dismiss. Doc. 32. Plaintiff has not responded, and the time to do so has expired. Accordingly, the Court **GRANTS** Defendants' Motions as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to a motion."), and **STAYS** the discovery obligations and deadlines in this case, pending a ruling on Defendants' motion to dismiss. This stay will be automatically lifted upon the issuance of a Court order ruling on the motion to dismiss, if any claims remain pending.

**SO ORDERED**, this 21st day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA