**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

AUSTIN RANDY OWENS,

      Plaintiff,

    v.

SGT. MASTINS, et al.,

      Defendants.

CIVIL ACTION NO.: 2:24-cv-95

**O R D E R**

Plaintiff filed a Motion for Extension of Time.  Doc. 43.  Plaintiff asks for additional time to respond to Defendants' motion to dismiss and argues he never received the Motion.  Id.  I **GRANT in part** Plaintiff's Motion.  Plaintiff shall file his response to Defendants' motion to dismiss within **21 days** of the date of this Order.  I also **DIRECT** the Clerk of Court to send a courtesy copy of Defendants' motion to dismiss, doc. 31, to Plaintiff at his current address.

**SO ORDERED**, this 12th day of June, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA