AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

AUSTIN RANDY OWENS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 2:24-cv-95

SGT MASTINS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated September 16, 2026, the Court grants Defendants' motion to dismiss and dismisses without prejudice Plaintiff's Complaint based on his failure to exhaust administrative remedies. The Court denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: ______________________

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 16, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

______________________
*(By) Deputy Clerk*